IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

IVYANNE ELBOROUGH, by her next friend
DEBORAH ST. AUBIN-ELBOROUGH,                          ORDER

                Plaintiff,

DEAN HEALTH PLAN, INC.,

                Involuntary Plaintiff,
                                                                                              08-cv-447-bbc
    v.

EVANSVILLE COMMUNITY SCHOOL DISTRICT
and RON GROVESTEEN,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order dated June 23, 2009, dkt. #68, I directed plaintiff to show cause why "involuntary plaintiff" Dean Health Plan, Inc. should not be dismissed on the ground that it was improperly joined under Fed. R. Civ. P. 19. In her response, plaintiff says only she "does not object to the Court's dismissal of" Dean. Dkt. #71. Accordingly, IT IS

1

ORDERED that Dean Health Plan, Inc. is DROPPED from the case under Fed. R. Civ. P. 21 ("the court may at any time, on just terms, add or drop a party").

Entered this 9th day of July, 2009.

                BY THE COURT:

                *Barbara B. Crabb*
                _____
                BARBARA B. CRABB
                District Judge