IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

IVYANNE ELBOROUGH, by her next friend
DEBORAH ST. AUBIN-ELBOROUGH,                             ORDER

                Plaintiff,

                                                                08-cv-447-bbc

      v.

EVANSVILLE COMMUNITY SCHOOL DISTRICT
and RON GROVESTEEN,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      A hearing on plaintiff's request to allow her either to hire a new expert or to treat the medical bills as reasonable was held in this case on October 15, 2009 before United States District Judge Barbara B. Crabb. Plaintiff was represented by Andrea Farrell. Krista Buchholz represented defendants.

      After discussing the matter with counsel, it became clear that defendants do not intend to contest the reasonableness of the bills that were submitted. Their position is that the bills themselves were legitimate but that plaintiff will have to show the necessity of the work that was done and its connection to plaintiff's injury.

1

In view of defendants' position, it is not necessary to rule on plaintiff's motion. The billing records will not be disputed as to any of the amounts.

Entered this 16th day of October, 2009.

                                          BY THE COURT:
                                          /s/
                                          BARBARA B. CRABB
                                          District Judge